473 A.2d 701

Miernicki, Appellant, v. Seltzer.

Argued December 8, 1983. David Kanner, and Jack E. Feinberg, for appellant; Joseph P. Semasek, for Seltzer, appellee; John T. Pfeiffer, III, for Seltzer Coal, etc., appellees; Kent D. Watkins, for Rubright, participating party.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.
Order affirmed.

CAVANAUGH, J., recused himself from this case.

POPOVICH, J., concurred in the result.

473 A.2d 702

Moreno v. Moreno, Appellant.

Argued February 7, 1984. Robert B. Marcus, for appellant; William J. Templin, for appellee.

Before OLSZEWSKI, JOHNSON and HESTER, JJ.
Orders affirmed.